# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sherrill B. Flora,

v.

The McGraw-Hill Companies,
a New York corporation,
authorized to transact business in Minnesota,

Case No. Civil 01-426 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment is granted and all of plaintiff's claims are dismissed with prejudice.

DATE: May 14, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

24