UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sherrill B. Flora,

Plaintiff, Civil 01-426 DSD/SRN

v.

The McGraw-Hill Companies,
a New York Corporation, authorized
to transact business in Minnesota,

Defendant.

COST JUDGMENT

The costs of Defendant The McGraw-Hill Companies have been taxed and allowed by the Clerk of this Court against Plaintiff Sherrill B. Flora as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $ 332.00 | $ 282.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $4,336.99 | $4,336.99 |
| Fees and disbursements for printing | $ 192.80 | $ 192.80 |
| Fees for witnesses | $ 161.00 | $ 161.00 |
| Other (service and filing) | $ 670.50 | $ 0.00 |
| TOTAL: | $5,693.29 | $4,972.79 |

Costs, therefore, are taxed in the sum of Four Thousand Nine Hundred Seventy-Two Dollars and 79/100 ($4,972.79) in favor of Defendant The McGraw-Hill Companies and against Plaintiff and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 19, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti, Law Clerk

FILED 9-19-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 9-19-02
DEPUTY CLERK